NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

TIMOTHY ROCKETT,                    )
                                    )
            Appellant,              )
                                    )
v.                                  )          Case No. 2D18-2356
                                    )
STATE OF FLORIDA,                   )
                                    )
            Appellee.               )
_____ )

Opinion filed December 12, 2018.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court
for Sarasota County; Charles E. Roberts,
Judge.

Timothy Rockett, pro se.


PER CURIAM.

        Affirmed.  See Betancourt v. State, 804 So. 2d 313 (Fla. 2001); Franke v.

State, 997 So. 2d 424 (Fla. 2d DCA 2008).


NORTHCUTT, CASANUEVA, and SALARIO, JJ., Concur.